IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME J. PATELUNAS II, and family, | : | No. 3:23cv2167 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| UNITED STATES, et al. Defendants | : | |

## ORDER

**AND NOW**, to wit, this 4th day of January 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's complaint (Doc. 1) is **DISMISSED** as frivolous and malicious and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) without leave to amend.

2) Plaintiff's motion for immediate injunctive relief (Doc. 3) is **DENIED** as moot.

3) The Clerk of Court is directed to close this case.

BY THE COURT

JUDGE JULIA K. MUNLEY
United States District Court